148 A.3d 358

ATTORNEY GRIEVANCE COMMISSION OF MARYLAND
200 Harry Truman Parkway Suite 300 Annapolis, MD
21401, Petitioner

v.

Bruce Michael SMITH, Respondent

Misc. Docket AG No. 0011, Sept. Term, 2016

Court of Appeals of Maryland.

November 1, 2016

## ORDER

Upon consideration of the Joint Petition for Disbarment by
Consent filed herein pursuant to Maryland Rule 19-736, in
which Respondent admits he committed professional miscon-
duct in violation of Rules 1.1, 1.3, 1.4(a) and (b), 1.5(a), and
8.4(a)(b)(c) and (d), of the Maryland Lawyers' Rules of Profes-
sional Conduct, which were the rules in effect at the time of
this misconduct, it is this 1st day of November, 2016,

ORDERED, that Respondent, Bruce Michael Smith, be and
he is hereby disbarred from the practice of law in the State of
Maryland; and it is further

ORDERED, that the Clerk of this Court shall strike the
name of Bruce Michael Smith from the register of attorneys in
the Court, notify Respondent in accordance with Maryland

Rule 19-742(a), and issue notice of such action in accordance with Maryland Rule 19-761(b).